UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AUDREY HYATT**                                                                               **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO 3:18-CV-68-DJH**

**NATIONAL CREDIT SYSTEMS, INC. et al**                 **DEFENDANTS**

## ORDER

      A telephonic status conference was conducted in this matter on November 5, 2018. James R. McKenzie participated on behalf of the Plaintiff. Charity A. Olson participated on behalf of the Defendants.

      Based on a discussion with counsel, Defendants shall provide all outstanding discovery to Plaintiff by November 12, 2018.

      A further telephonic status conference is scheduled for **Monday, December 17, 2018 at 1:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The Court will initiate the call.

Date: November 5, 2018              **ENTERED BY ORDER OF COURT:**
                                                  **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **VANESSA L. ARMSTRONG, CLERK**
                                                  By:     /s/  *Kim Davis*
                                                              **Deputy Clerk**

Copies to counsel

0|05